UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| KEITH COOLEY, ET AL. | CIVIL ACTION NO. 14-cv-987 |
| VERSUS | JUDGE DONALD E. WALTER |
| AEROFRAME SERVICES, LLC, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. 93] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter, it is

**ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of **KEITH COOLEY** and against **AEROFRAME SERVICES, LLC,** in the full and true sum of **THIRTY-THREE THOUSAND THREE HUNDRED AND THIRTY-THREE AND 33/100 ($33,333.33) DOLLARS**, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $2,500.00, a penalty of $22,500.00, and attorney fees of $8,333.33.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of **KOURIE DONAHOO** and against **AEROFRAME SERVICES, LLC,** in the full and true sum of **NINETEEN THOUSAND SIX HUNDRED AND TWENTY-SIX AND 67/100 ($19,626.67) DOLLARS**, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $1,472.00, a penalty of $13,428.00, and attorney fees of $4,906.67.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of **DONALD R. HEBERT** and against **AEROFRAME SERVICES,**

*LLC,* in the full and true sum of ***THIRTY-EIGHT THOUSAND FOUR HUNDRED AND FORTY-TWO AND 67/100 ($38,442.67) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $2,883.20, a penalty of $25,948.80, and attorney fees of $9,610.67.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***JAKE MANISCALCO*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***THIRTY-EIGHT THOUSAND FOUR HUNDRED AND TWENTY AND 05/100 ($38,420.05) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $2,881.54, a penalty of $25,933.50, and attorney fees of $9,605.01.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***ELMER NICK, JR.*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***TWENTY-SIX THOUSAND FIVE HUNDRED SIX AND 67/100 ($26,506.67) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $1,988.00, a penalty of $17,892.00, and attorney fees of $6,626.67.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***ROGER PARIS*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***TWENTY-SIX THOUSAND SIX HUNDRED AND SIXTY-SIX AND 67/100 ($26,666.67) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $2,000.00, a penalty of $18,000.00, and attorney fees of $6,666.67.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***JASON SOILEAU*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***TWENTY-FIVE THOUSAND AND NINETY-THREE AND 33/100***

**($25,093.33) DOLLARS**, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $1,888.00, a penalty of $16,992.00, and attorney fees of $6,293.33.

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***TERRA SOILEAU*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***SEVENTEEN THOUSAND NINE HUNDRED SEVENTY-THREE AND 33/100 ($17,973.33) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $1,348.00, a penalty of $12,132.00, and attorney fees of $4,493.33.

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***JOHN UPMEYER*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***TWENTY-NINE THOUSAND AND SIXTY-SIX AND 67/100 ($29,066.67) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $2,180.00, a penalty of $19,620.00, and attorney fees of $7,266.67.

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***KARL WARD*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***SEVENTEEN THOUSAND AND SIXTY-SIX AND 67/100 ($17,066.67) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $1,280.00, a penalty of $11,520.00, and attorney fees of $4,266.67.

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of ***JONATHAN WILSON*** and against ***AEROFRAME SERVICES, LLC,*** in the full and true sum of ***SEVENTEEN THOUSAND THREE HUNDRED THIRTY-THREE AND 33/100 ($17,333.33) DOLLARS***, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $1,300.00, a penalty of $11,700.00,

and attorney fees of $4,333.33.

      **THUS DONE AND SIGNED** in Chambers this 18th day of August, 2021.

_Donald E. Walter_
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**